IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01375-BNB

JOSHUA ELLIOTT WINGFIELD,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON,
DR. JILL PITCHER, ACSO Contractor,
ELAINE MEYERS, ACSO Medical Director,
DETENTION OPERATIONS TECHNICIAN SPEARS,
ASCO NURSES ASSIGNED TO POD 6 BETWEEN 9-10-08 – 11-30-09,
ASCO DEPUTIES ASSIGNED TO POD 6 BETWEEN 9-10-08 – 11-30-09,
DIANA MCMURDO-GENTRY, ACSO Mailroom Supervisor,
DR. "JOHN DOE," Denver General Surgeon,
ACSO JAIL POLICY ADMINISTRATION COMMITTEE, and
STEPHANIE SPAIN, ASCO Seargent [sic],

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 0 2010

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

This matter is before the Court on the letter to Magistrate Judge Boyd N. Boland that Plaintiff, Joshua Elliott Wingfield, submitted to the Court *pro se* on August 16, 2010. In the document, Mr. Wingfield objects to Magistrate Judge Boland's August 10, 2010 order requiring a second and final amended complaint and asks this Court to consider his letter as an appeal of the August 10 order.

The Court will construe the letter liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court

concludes that Magistrate Judge Boland's August 10 order is neither clearly erroneous nor contrary to law. Therefore, Mr. Wingfield's liberally construed objection will be overruled. Accordingly, it is

ORDERED that the letter to Magistrate Judge Boyd N. Boland that Plaintiff, Joshua Elliott Wingfield, submitted to the Court *pro se* on August 16, 2010, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636 (b)(1)(A) and the objection is overruled. It is

FURTHER ORDERED that Mr. Wingfield continues to have **thirty (30) days** from the date of the August 10, 2010 order in which to submit a second and final amended complaint as directed. Failure to do so within the time allowed will result in the dismissal of the instant action. It is

FURTHER ORDERED that Mr. Wingfield is reminded that Rule 77.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil concerning *ex parte* communications forbids him from sending "letters, pleadings, or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys."

DATED at Denver, Colorado, this  19th  day of  August , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

concludes that Magistrate Judge Boland's August 10 order is neither clearly erroneous nor contrary to law. Therefore, Mr. Wingfield's liberally construed objection will be overruled. Accordingly, it is

ORDERED that the letter to Magistrate Judge Boyd N. Boland that Plaintiff, Joshua Elliott Wingfield, submitted to the Court *pro se* on August 16, 2010, is construed liberally as an objection filed pursuant to 28 U.S.C. § 636 (b)(1)(A) and the objection is overruled. It is

FURTHER ORDERED that Mr. Wingfield continues to have **thirty (30) days** from the date of the August 10, 2010 order in which to submit a second and final amended complaint as directed. Failure to do so within the time allowed will result in the dismissal of the instant action. It is

FURTHER ORDERED that Mr. Wingfield is reminded that Rule 77.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil concerning *ex parte* communications forbids him from sending "letters, pleadings, or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys."

DATED at Denver, Colorado, this  19th  day of  August , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01375-BNB

Joshua Elliott Wingfield
Prisoner No. 7-7222
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/20/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk