**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01375-BNB

JOSHUA ELLIOTT WINGFIELD,

    Plaintiff,

v.

ARAPAHOE COUNTY SHERIFF GRAYSON ROBINSON,
DR. JILL PITCHER, ACSO Contractor,
ELAINE MEYERS, ACSO Medical Director,
DETENTION OPERATIONS TECHNICIAN SPEARS,
ASCO NURSES ASSIGNED TO POD 6 BETWEEN 9-10-08 – 11-30-09,
ASCO DEPUTIES ASSIGNED TO POD 6 BETWEEN 9-10-08 – 11-30-09,
DIANA MCMURDO-GENTRY, ACSO Mailroom Supervisor,
DR. "JOHN DOE," Denver General Surgeon,
ACSO JAIL POLICY ADMINISTRATION COMMITTEE, and
STEPHANIE SPAIN, ASCO Seargent [sic],

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motions for disclosure of evidence (Doc. Nos. 13 and 19) are DENIED as premature. Plaintiff's motions for funding to obtain records (Doc. Nos. 14 and 18) are DENIED. Plaintiff's request for appointment of counsel (Doc. No. 20) is DENIED as premature.

Dated: September 3, 2010