FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 0 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01375-ZLW-KLM

JOSHUA ELLIOTT WINGFIELD,

    Plaintiff,

v.

SHERIFF GRAYSON ROBINSON,
DR. JILL PITCHER,
NURSE MCMILLAN,
NURSE EPHRAIM,
NURSE LUCIENDA,
NURSE ROY,
ELAYNE MEYERS,
DEPUTY CARTER,
DEPUTY EMERSON, and
DR. THOMPSON,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: September 28, 2010

BY THE COURT:

_Rita Leeson Weinshienk_
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01375-ZLW-KLM

Joshua E. Wingfield
Doc No. 7-7222
Arapahoe County Det. Facility
P.O. Box 4918
Centennial, CO 80155

US Marshal Service
Service Clerk
Service forms for: Sheriff Grayson Robinson, Dr. Jill Pitcher, Nurse McMillan, Nurse Ephraim, Nurse Lucienda, Nurse Roy, Elayne Meyers, Deputy Carter, Deputy Emerson, and Dr. Thompson

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the United States Marshal Service for process of service on Sheriff Grayson Robinson, Dr. Jill Pitcher, Nurse McMillan, Nurse Ephraim, Nurse Lucienda, Nurse Roy, Elayne Meyers, Deputy Carter, Deputy Emerson, and Dr. Thompson: AMENDED COMPLAINT FILED 09/08/10, SUMMONS, and NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 9/30/10.

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk