IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01375-ZLW-KLM

JOSHUA E. WINGFIELD,

    Plaintiff,

v.

SHERIFF J. GRAYSON ROBINSON,
DR. JILL PITCHER,
NURSE MCMILLAN,
NURSE EPHRAIM,
NURSE LUCIENDA,
NURSE ROY,
ELAINE MEYERS,
DEPUTY CARTER,
DEPUTY EMERSON, and
DR. THOMPSON,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 21 2010

GREGORY C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. Service has previously been effected on all Defendants except Defendant Pitcher.

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Dr. Jill Pitcher, at the following addresses: **718 E. Orchard Road, Suite 206, Centennial, Colorado 80111**; and **75795 Coal Creek Road, Parker, Colorado 80135**. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders upon Defendant Pitcher at the above addresses. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant Pitcher or her counsel shall respond to the Amended Complaint [#25] as provided for in the Federal Rules of Civil Procedure after service of process on her.

DATED: December 20, 2010 at Denver, Colorado.

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01375-ZLW-KLM

Joshua Wingfield
Prisoner No. 7-7222
Arapahoe County Detention Facility
PO Box 4918
Centennial, CO 80155-4918

Edward M. Caswall
Arapahoe County Attorney's Office
**DELIVERED ELECTRONICALLY**

Patrick Andrew Singer
Attorney at Law
**DELIVERED ELECTRONICALLY**

Scott Sherman Nixon
Attorney at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Dr. Jill Pitcher

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. Jillane Pitcher: AMENDED COMPLAINT FILED 9/8/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/21/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk