IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01375-REB-KLM

JOSHUA E. WINGFIELD,

     Plaintiff,

v.

SHERIFF J. GRAYSON ROBINSON,
NURSE MCMILLAN,
NURSE EPHRAIM,
NURSE LUCIENDA,
NURSE ROY,
ELAINE MEYERS,
DEPUTY CARTER,
DEPUTY EMERSON, and
DR. THOMPSON,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion for Time Extension to Respond to Defendants [sic] Motion for Summary Judgment** [Docket No. 83; Filed May 9, 2011] (the "Motion").  As a preliminary matter, the Motion does not contain a case caption as required by D.C.COLO.LCivR 10.1J.  Despite Plaintiff's *pro se* status, he is obligated to comply with the rules of the Court.  *Nielson v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994).  Nevertheless, given the reasonableness of the request,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall respond to the pending Motion for Summary Judgment [Docket No. 81] on or before **June 4, 2011**.

     IT IS FURTHER **ORDERED** that future motions which do not comply with the rules of the Court will be summarily denied.

     Dated:  May 10, 2011