**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-01375-REB-KLM

JOSHUA E. WINGFIELD,

     Plaintiff,

v.

SHERIFF J. GRAYSON ROBINSON,
NURSE McMILLAN,
NURSE EPHRAIM,
NURSE LUCIENDA,
NURSE ROY,
ELAYNE MEYERS,
DEPUTY CARTER,
DEPUTY EMERSON, and
DR. THOMPSON,

     Defendants.

---

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States**

**Magistrate Judge** [#111][1] filed August 10, 2011; and (2) plaintiff's **Objection to**

**Recommendation of United States Magistrate Judge** [#112] filed August 24, 2011.  I

overrule the objection, adopt the recommendation, and grant the motions for summary

judgment to which the recommendation pertains.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the

recommendation to which objections have been filed.  I have considered carefully the

---

[1]  "[#111]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF). I use this
convention throughout this order.

recommendation, objections, and applicable caselaw.

Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  *See Erickson v. Pardus*, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). However, I have not acted as an advocate for the plaintiff.

The recommendation is detailed and well-reasoned.  Contrastingly, plaintiff's objection is imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#111] filed August 10, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the objections stated by the plaintiff in the **Objection to Recommendation of United States Magistrate Judge** [#112] filed August 24, 2011, are **OVERRULED**;

3.  That the **Motion for Summary Judgment on Behalf of Defendants Sheriff J. Grayson Robinson, Nurse McMillan, Nurse Ephraim, Nurse Lucienda, Nurse Roy, Elayne Meyers, Deputy Carter, and Deputy Emerson** [#81] filed April 21, 2011,

is **GRANTED**;

    4. That **Defendant Thompson's Motion To Join Motion for Summary Judgment** [#88] filed May 5, 2011, is **GRANTED**.

    5.  That plaintiff's claims against all remaining defendants are **DISMISSED WITH PREJUDICE**;

    6.  That judgment **SHALL ENTER** on behalf of defendants, Sheriff J. Grayson Robinson, Roy McMillan (identified in the caption as "Nurse McMillan" and "Nurse Roy"), Efrain Ubinas (identified in the caption as "Nurse "Ephraim"), Lucia Azocar (identified in the caption as "Nurse Lucienda"), Elaine Meyer (identified in the caption as "Elayne Meyers"), Deputy Carter, and Deputy Emerson, against plaintiff, Joshua E. Wingfield, as to all claims for relief and causes of action; provided, that the judgment as to the claims against these defendants shall be with prejudice;

    7.  That judgment also **SHALL ENTER** on behalf of the former defendant, Dr. Jill Pitcher, against plaintiff, Joshua E. Wingfield, in accordance with former Senior Judge Zita L. Weinshienk's **Order** [#77] filed March 24, 2011; provided, that the judgment as to the claims against this defendant shall be without prejudice; and

    8.  That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated October 28, 2011, at Denver, Colorado.

                    **BY THE COURT:**

                    Robert E. Blackburn
                    United States District Judge