**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01375-REB-KLM

JOSHUA E. WINGFIELD,

    Plaintiff,

v.

SHERIFF J. GRAYSON ROBINSON,
NURSE McMILLAN,
NURSE EPHRAIM,
NURSE LUCIENDA,
NURSE ROY,
ELAYNE MEYERS,
DEPUTY CARTER,
DEPUTY EMERSON, and
DR. THOMPSON,

    Defendants.

## ORDER GRANTING MOTION FOR CLARIFICATION

**Blackburn, J.**

The matter before me is the **Motion for Clarification of Order Adopting Recommendation of the United States Magistrate Judge [Doc. #114] and Final Judgment [Doc. #115] by Defendant Thompson** [#116][1] filed November 1, 2011. I grant the motion and clarify that the claims against defendant Thompson are dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Clarification of Order Adopting Recommendation of**

---

[1] "[#116]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**the United States Magistrate Judge [Doc. #114] and Final Judgment [Doc. #115]**

**by Defendant Thompson** [#116] filed November 1, 2011, is **GRANTED**;

    2. That my **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** [#114], filed October 28, 2011, is **AMENDED** at page 3, ¶ 6 to read as follows:

> That judgment **SHALL ENTER** on behalf of defendants, Sheriff J. Grayson Robinson, Roy McMillan (identified in the caption as "Nurse McMillan" and "Nurse Roy"), Efrain Ubinas (identified in the caption as "Nurse "Ephraim"), Lucia Azocar (identified in the caption as "Nurse Lucienda"), Elaine Meyer (identified in the caption as "Elayne Meyers"), Genor Carter (identified in the caption as "Deputy Carter"), Logan Emerson (identified in the caption as "Deputy Emerson"), and James Thompson (identified in the caption as "Dr. Thompson"), against plaintiff, Joshua E. Wingfield, as to all claims for relief and causes of action; provided, that the judgment as to the claims against these defendants shall be with prejudice;

    3. That the **Final Judgment** [#115] filed November 1, 2011, is **AMENDED** to reflect this amendment to the order of the court.

    Dated November 3, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge